BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION ) ) | MDL Docket No. |

## MOTION FOR TRANSFER OF RELATED ACTIONS TO THE DISTRICT OF MINNESOTA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED PRETRIAL PROCEEDINGS

John Ciaccio, plaintiff in *Ciacco v. 3M Company, et al.*, Case No. 0:19-cv-00179 (D. Minn.) (the "Ciaccio Action"), moves the Panel under 28 U.S.C. § 1407 to transfer to the District of Minnesota for coordinated pretrial proceedings the related actions ("Related Actions") listed in the attached Schedule of Actions, and in support thereof, Movant Ciaccio states:

1. The Related Actions allege products liability claims against Defendants 3M and in the cases filed in the District of Minnesota, Aearo Technologies LLC, on behalf of U.S. military personnel and other wearers of 3M's defective Combat Arms™ earplugs who now suffer from hearing loss and/or tinnitus.

2. There are currently eight pending cases filed against 3M Company in four different jurisdictions:

   a. *Kennedy v. 3M Company*, Case No. 5:19-cv-00128-JAK-SP (C.D. Cal., filed Dec. 24, 2018);

   b. *Bridges v. 3M Company*, Case No. 2:19-cv-00327 (C.D. Cal., filed Jan. 15, 2019);

   c. *Werner v. 3M Company*, Case No. 5:19-cv-00059-D (W.D. Okla., filed Jan. 18, 2019);

   d. *Stine v. 3M Company*, Case No. 5:19-cv-00058-HE (W.D. Okla., filed Jan. 18, 2019);

   e. *Rowe v. 3M Company*, Case No. 6:19-cv-00019-ADA-JCM (W.D. Tex., filed Jan. 22, 2019);

   f. *Ciacco v. 3M Company, et al.*, Case No. 0:19-cv-00179 (D. Minn., filed Jan. 24, 2019);

   g. *Peek, et al. v. 3M Company, et al.*, Case No. 0:19-cv-00192 (D. Minn., filed January 25, 2019); and

   h. *Larkin v. 3M Company*, Case No. 19-cv-00194 (D. Minn., filed January 25, 2019).

3. As required by 28 U.S.C. § 1407(a), the Related Actions "involve[] one or more common questions of fact" arising out of common allegations related to the same product defect causing the same or similar injuries.

4. Transfer and centralization of the Related Actions "will be for the convenience of parties and witnesses and will promote the just and efficient conduct" of the actions, 28 U.S.C. §1407(a), because they allege overlapping causes of action on behalf of members of the U.S. military and other wearers of the earplugs.

5. The District of Minnesota is the most appropriate venue because both Defendants 3M and Aearo have their corporate headquarters and principal places of business in the District of Minnesota, and it is thus where the relevant documents and witnesses are located.

6. Movant Ciaccio bases this Motion on his Memorandum in Support of this Motion to Transfer and Coordinate, and such other matters as may be presented to the Panel at the time of hearing.

WHEREFORE, Movant respectfully requests that the Panel transfer and consolidate the Related Actions set forth in the Schedule of Actions filed herewith, as well as any tag-along actions that are subsequently filed asserted related or similar claims in the District of Minnesota.

Dated: January 25, 2019

Respectfully submitted,

| | |
|---|---|
| William R. Sieben | By: /s/*Richard M. Paul III* |
| Alicia N. Sieben | Richard M. Paul III |
| Matthew J. Barber | Ashlea Schwarz |
| **SCHWEBEL GOETZ & SIEBEN, P.A** | Laura C. Fellows |
| 5120 IDS Center | **PAUL LLP** |
| 80 South Eighth Street | 601 Walnut Street, Suite 300 |
| Minneapolis, Minnesota 55402-2246 | Kansas City, Missouri 64106 |
| Tel: 612-377-7777 | Tel: 816-984-8100 |
| Fax: 612-333-6311 | Fax: 816-984-8101 |
| bsieben@schwebel.com | Rick@PaulLLP.com |
| asieben@schwebel.com | Ashlea@PaulLLP.com |
| mbarber@schwebel.com | Laura@PaulLLP.com |

**Attorneys for Movant Ciacco**